*E-Filed 2/24/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY SCOTT CAMPBELL, et al., | No. C 11-5498 RS |
| Plaintiffs, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 23, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

     1.     ALTERNATIVE DISPUTE RESOLUTION.

     SETTLEMENT CONFERENCE.  This matter is referred to Magistrate Judge Beeler for the purpose of completing a settlement conference.  The parties shall promptly notify the Court whether the case is resolved at the conference.

     2.     AMENDMENT OF PLEADINGS.  On or before June 30, 2012, the parties shall complete all amendments to the pleadings.

     3.     DISCOVERY.  On or before December 1, 2012, all non-expert discovery shall be completed by the parties.

     4.     EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed as follows:

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

A.  On or before December 15, 2012, plaintiffs shall disclose expert testimony reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.  On or before January 10, 2013, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.  On or before February 14, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.     PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than February 28, 2013.

6.     PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before May 2, 2013, counsel shall file a Joint Pretrial Statement.

7.     PRETRIAL CONFERENCE.  The final pretrial conference will be held on **May 16, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8.     TRIAL DATE.  Trial shall commence on **May 28, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   2/24/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2