1  RACHEL LEDERMAN, SBN 130192
Rachel Lederman & Alexsis C. Beach,
2  Attorneys at Law
558 Capp Street
3  San Francisco, CA 94110
(415) 282-9300; fax (415) 285-5066
4  rlederman@2momslaw.com

5  *and additional counsel listed on pleadings*

6  Attorneys for plaintiffs Timothy Scott
Campbell et al.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  TIMOTHY SCOTT                    No. CV11-05498 RS (LB)
    CAMPBELL, et al.,
12                                   **REQUEST TO RESCHEDULE SETTLEMENT**
         Plaintiffs,                 **CONFERENCE** ；  ORDER
13
         vs.                         Complaint Filed: Nov. 14, 2011
14                                   Trial Date: May 28, 2013
    CITY OF OAKLAND, et al.
15
         Defendants.
16

17
         Plaintiffs respectfully request to reschedule the Settlement Conference, currently
18
set for June 1, 2012, at 9:30 a.m., before the Honorable U.S. Magistrate Judge Beeler.
19
Plaintiffs are currently still determining whether it is necessary to name additional
20
government entity defendants, as well as additional plaintiffs, in an amended complaint.
21
Judge Seeborg has set a deadline of June 30, 2012, to add parties. A meaningful
22
settlement conference will require participation of all parties.
23
         Defendants City of Oakland, et al., do not oppose this request. The parties request
24
that the court reschedule the settlement conference for any of the following dates:
25

26                *REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE*
        *CAMPBELL, ET AL. V. CITY OF OAKLAND, CASE NO. CV11-05498 RS (LB)*
27                                        *1*

28

1 | September 11, 12, 13, 18, 19, 20, 21, 24, or 27, or October 1-5, 2012.

2

3 | Dated: May 21, 2012           Respectfully submitted,

4 |                               /S/
   |                               Rachel Lederman
5 |                               Attorney for plaintiffs Campbell et al.

6

   Dated: May 23, 2012
7
   The Notice and Order Setting
8  Settlement Conference on
   February 27, 2012, Docket No.60
9  remains in affect.
   The Settlement Conference is reset
10 to September 18, 2012 at 9:30 a.m.
   before Magistrate Judge Laurel Beeler.
11

*IT IS SO ORDERED*
Judge Laurel Beeler
(United States District Court, Northern District of California seal)

*REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE*
*CAMPBELL, ET AL. V. CITY OF OAKLAND, CASE NO. CV11-05498 RS (LB)*
*2*