Alan L. Schlosser (#49957)
Michael T. Risher (#191627)
Linda Lye (#215584)
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493; (415) 255-1478
aschlosser@aclunc.org,
mrisher@aclunc.org, llye@aclunc.org

Attorneys for Plaintiffs Kerie Campbell,
Marcus Kryshka, and ACLU-NC

RACHEL LEDERMAN, SBN 130192
Rachel Lederman & Alexsis C. Beach,
Attorneys at Law
558 Capp Street
San Francisco, CA 94110
(415) 282-9300; fax (415) 285-5066
rlederman@2momslaw.com

*and additional counsel listed on pleadings*

Attorneys for plaintiffs Timothy Scott
Campbell et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT CAMPBELL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, et al. <br><br> Defendants. | No. CV11-05498 RS <br><br> **STIPULATED REQUEST FOR AN ORDER EXTENDING DATE FOR AMENDMENT OF PLEADINGS, DECLARATION AND ~~PROPOS~~ED ORDER** <br><br> Complaint Filed: Nov. 14, 2011 <br> Trial Date: May 28, 2013 |

Whereas, this court set a deadline of August 1, 2012, for the parties to complete all amendments to the pleadings;

STIP REQU FOR ORDER EXTENDING DATE FOR AMENDMT OF PLEADINGS
CAMPBELL, ET AL. V. CITY OF OAKLAND, CASE NO. CV11-05498 RS
*1*

1  Whereas all current parties agree that it would be most efficient to join all parties
2 in one action, and additional time is needed to do so as more fully set forth in the attached
3 declaration of plaintiffs' counsel;
4  THEREFORE, the parties through their respective counsel jointly request that the
5 court extend the date for amendment of pleadings to October 1, 2012.
6  It is so stipulated.

7 Dated: July 24, 2012                    /S/

8                                         Rachel Lederman
                                          Attorneys for plaintiffs Scott Campbell, et al.
9
                                          /S/
10
                                          Linda Lye
11                                        Attorneys for plaintiffs ACLU-NC, et al.

12                                        /S/

13                                        William Simmons, Supervising City Attorney
                                          Attorney for defendants
14

15
                        **SIGNATURE ATTESTATION**
16
      I am the ECF User whose ID and Password are being used to file
17
this stipulated request.  In compliance with General Order 45, X.B., I hereby attest that
18
Ms. Lye and Mr. Simmons have concurred in this filing.
19

20 Dated: July 24, 2012                    /S/
                                          Rachel Lederman
21

22

23

24

25

26 STIP REQU FOR ORDER EXTENDING DATE FOR AMENDMT OF PLEADINGS
   CAMPBELL, ET AL. V. CITY OF OAKLAND, CASE NO. CV11-05498 RS
27
                                          *2*
28

**DECLARATION OF RACHEL LEDERMAN**

I am an attorney admitted to practice before this court and the attorney of record for plaintiffs Timothy Scott Campbell, Mark McKinnie, and Michael Siegel.

Plaintiffs' counsel represent approximately fifteen people who were injured during the two demonstrations at issue in this case, which occurred on October 25 and November 2, 2011. Because this matter was originally filed only two weeks after these events, in conjunction with an application for a Temporary Restraining Order, all plaintiffs and defendants were not named at that time. Each of the two events at issue involved a mutual aid operation by a large number of law enforcement agencies in addition to the Oakland Police Department

Counsel for the plaintiffs and counsel for the City of Oakland have been discussing the possibility of engaging in an early settlement process prior to the amendment of pleadings in an attempt to minimize expenses and obviate the need to bring in multiple additional government entity defendants. The case is currently scheduled for a settlement conference with Magistrate Judge Beeler on September 18, 2012. The parties therefore at this time request an extension of the deadline for amendment of pleadings until October 1, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this July 24, 2012, at San Francisco, California.

/S/
Rachel Lederman

STIP REQU FOR ORDER EXTENDING DATE FOR AMENDMT OF PLEADINGS
CAMPBELL, ET AL. V. CITY OF OAKLAND, CASE NO. CV11-05498 RS
*3*

**[PROPOSED] ORDER**

Pursuant to stipulation, the court sets the following deadline for completion of amendment of pleadings: October 1, 2012.

Dated: 7/25/12

_____
RICHARD SEEBORG
United States District Judge

STIP REQU FOR ORDER EXTENDING DATE FOR AMENDMT OF PLEADINGS
CAMPBELL, ET AL. V. CITY OF OAKLAND, CASE NO. CV11-05498 RS

*4*