UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

TIMOTHY SCOTT CAMBPELL, et al.,     No. C 11-05498 RS (LB)

        Plaintiff(s),     **ORDER REGARDING SETTLEMENT CONFERENCE**

        v.

CITY OF OAKLAND, et al.,

        Defendant(s).

_____/

The court held a settlement conference on September 18, 2012. The parties agreed to a discovery plan to facilitate settlement discussions and will ask the district court to extend the discovery and other case deadlines (including the trial date) to allow this process. The undersigned recommends this as appropriate under the circumstances. The parties are directed to meet and confer about the new dates and then contact the district court's courtroom deputy, Corinne Lew, at 415-522-2123 to confirm the trial and other court dates. Thereafter, they should submit a stipulation and a proposed order to the district court to document the new dates and deadlines.

The court sets a further settlement conference on November 13, 2012, at 9:30 a.m. The parties should submit updated settlement conference statements with only new information to the court's orders box at lbpo@cand.uscourts.gov by Thursday, November 9, 2012, at 4 p.m. and should share their submissions if they deem that appropriate.

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 11-05498 RS (LB))