1  RACHEL LEDERMAN, SBN 130192
   Rachel Lederman & Alexsis C. Beach,
2  Attorneys at Law
   558 Capp Street
3  San Francisco, CA 94110
   (415) 282-9300; fax (415) 285-5066
4  rlederman@2momslaw.com

5  *and additional counsel listed on pleadings*

6  Attorneys for plaintiffs Timothy Scott
   Campbell et al.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 TIMOTHY SCOTT                | No. CV11-05498 RS
   CAMPBELL, et al.,            |
12                              | **STIPULATED REQUEST FOR A NEW
       Plaintiffs,              | SCHEDULING ORDER; AND** ~~PROPOSED~~
13                              | **ORDER**
       vs.                      |
14                              | Complaint Filed: Nov. 14, 2011
   CITY OF OAKLAND, et al.      | Current Trial Date: May 28, 2013
15                              |
       Defendants.              |
16

17
        Whereas, the parties have agreed to participate in settlement discussions to see if
18
   the matter can be resolved without naming additional defendants, and have agreed to a
19
   limited discovery plan to facilitate such settlement discussions, and Magistrate Judge
20
   Beeler has set a further settlement conference for November 13, 2012;
21
        Whereas, the parties agree, and Judge Beeler recommends, to continue the trial
22
   date and extend deadlines to allow sufficient time for the settlement process;
23
        THEREFORE, the parties through their respective counsel jointly request that the
24
   court issue a new scheduling order setting the following dates and deadlines:
25

26        STIPULATED REQUEST FOR A NEW SCHEDULING ORDER
       CAMPBELL, ET AL. V. CITY OF OAKLAND, CASE NO. CV11-05498 RS
27                                  *1*

28

1. AMENDMENT OF PLEADINGS: The parties shall complete amendments to the pleadings by April 1, 2013.
2. DISCOVERY: On or before September 6, 2013, all non-expert discovery shall be completed by the parties.
3. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:
   A. On or before September 20, 2013, plaintiffs shall disclose expert testimony reports in accordance with Federal Rule of Civil Procedure 26(a)(2).
   B. On or before October 4, 2013, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).
   C. On or before October 28, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.
4. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than December 12, 2013.
5. PRETRIAL STATEMENTS. Counsel shall file a Joint Pretrial Statement on or before January 27, 2014.
6. PRETRIAL CONFERENCE. February 10, 2014, at 10:00 a.m.
7. TRIAL DATE. **February 24, 2014**, at 9:00 a.m.

The parties further stipulate to toll, from the date of this agreement until April 1, 2013, applicable limitations on California state law claims provided in Cal. Government Code sections 945.6, 950.6 and related provisions, both as to the named plaintiffs, and as to the other claimants who have presented administrative claims against the City of Oakland and have made settlement demands as part of the settlement process in this case, but who have not yet been named as plaintiffs in the within action: Max Bell Alper,

Brooke Anderson, Kevin Christensen, Mathias Bernarding, Mara Randle, Sukay Sow, Max Stiers, Ruben Mendez, David Morse, Dereck Clemons, Scott Whitacre, and Suzi Spangenberg.

It is so stipulated.

Dated: September 27, 2012         /S/

Rachel Lederman
Attorneys for plaintiffs T. Scott Campbell, et al.

/S/

Linda Lye
Attorneys for plaintiffs ACLU-NC, et al.

/S/

William Simmons, Supervising City Attorney
Attorney for defendants

**SIGNATURE ATTESTATION**

I am the ECF User whose ID and Password are being used to file this stipulated request.  In compliance with General Order 45, X.B., I hereby attest that Ms. Lye and Mr. Simmons have concurred in this filing.

Dated: September 27, 2012         /S/
Rachel Lederman

STIPULATED REQUEST FOR A NEW SCHEDULING ORDER
CAMPBELL, ET AL. V. CITY OF OAKLAND, CASE NO. CV11-05498 RS
*3*

1      **[PROPOSED] ORDER**

2      Pursuant to stipulation, and good cause appearing, the court vacates the current
3 trial date of May 28, 2013, and sets the following new schedule:
4 1.    AMENDMENT OF PLEADINGS: The parties shall complete amendments to the
5       pleadings by April 1, 2013.
6 2.    DISCOVERY: On or before September 6, 2013, all non-expert discovery shall be
7 completed by the parties.
8 3.    EXPERT WITNESSES. The disclosure and discovery of expert witness opinions
9 shall proceed as follows:
10      A. On or before September 20, 2013, plaintiffs shall disclose expert testimony
11      reports in accordance with Federal Rule of Civil Procedure 26(a)(2).
12      B. On or before October 4, 2013, defendants shall disclose expert testimony and
13      reports in accordance with Federal Rule of Civil Procedure 26(a)(2).
14      C. On or before October 28, 2013, all discovery of expert witnesses pursuant to
15      Federal Rule of Civil Procedure 26(b)(4) shall be completed.
16 4.    PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to
17 Civil Local Rule 7. All pretrial motions shall be heard no later than December 12, 2013.
18 5.    PRETRIAL STATEMENTS. Counsel shall file a Joint Pretrial Statement on or
19      before January 27, 2014.
20 6.    PRETRIAL CONFERENCE. The pretrial conference will be held on **February
21      10, 2014**, at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450
22      Golden Gate Avenue, San Francisco, California.
23 7.    TRIAL DATE. Trial shall commence on **February 24, 2014**, at 9:00 a.m., in
24      Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San
25
26      STIPULATED REQUEST FOR A NEW SCHEDULING ORDER
27      CAMPBELL, ET AL. V. CITY OF OAKLAND, CASE NO. CV11-05498 RS

*4*

28

Francisco, California.

IT IS SO ORDERED.

Dated: 9/28/12

_____
RICHARD SEEBORG
United States District Judge

STIPULATED REQUEST FOR A NEW SCHEDULING ORDER
CAMPBELL, ET AL. V. CITY OF OAKLAND, CASE NO. CV11-05498 RS

*5*