CHAMBERS COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 2 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No. C11-05498 JST (LB)

TIMOTHY SCOTT CAMPBELL, et al.,

Plaintiffs,

vs.

CITY OF OAKLAND, et al.

Defendants.

[PROPOSED]
**FINAL ORDER OF DISMISSAL AND FOR SEALING AND DESTRUCTION OF ARREST RECORDS**

All Parties have stipulated to settlement in the above entitled case. The Stipulation for Entry of Final Order of Dismissal and for Sealing and Destruction of Arrest Records, dated June 17, 2013, has been filed with this Court. Accordingly, pursuant to the stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. This Final Order incorporates by reference the terms set forth in the Stipulation and its accompanying exhibits, which are attached hereto and incorporated by reference herein.

2. The Parties are directed to implement the aforementioned Stipulation in accordance with its explicit terms and conditions.

3. Within twenty (20) days of the date of this Order, the Defendants shall pay the sum of

*FINAL ORDER OF DISMISSAL, & FOR SEALING & DESTRUC. OF ARREST RECORDS*
*Campbell, et al. v.. City of Oakland, Case No. CV11-05498 JST (LB)*

1

1  $1,170,000, to Plaintiffs' counsel for distribution to the Plaintiffs, Claimants and their

2  attorneys, as set forth in the attached Stipulation.

3

4  4. Defendants shall be bound by the non-monetary terms as set forth in the attached

5  Stipulation, Exhibit A, which incorporates Paragraphs III.C.2 and III.J.8 of the settlement

6  agreement in *Spalding v. City of Oakland et. al.*, No. 011-02867 TEH, also attached as

7  Exhibit B hereto. Specifically, the Parties have stipulated that Defendants will continue

8

9  to abide by Oakland Police Crowd Control Policy as set forth in the *Coles / Local 10*

10  (C03-2961, 2962 TEH) settlement stipulation and order dated December 24, 2004, and

11  attached as Exhibit C hereto, and that Defendants must meet and confer with Plaintiffs'

12  counsel before making any material change to this Policy and its associated Training

13

14  Bulletin and training outlines. The Parties have also stipulated to a period of continuing

15  jurisdiction by the Court to enforce these settlement terms.

16  5. Pursuant to the Stipulation of the City of Oakland and former Chief of Police Jordan on

17  behalf of the arresting agency, the Oakland Police Department, this Court hereby

18

19  **EXONERATES** and finds the following people **FACTUALLY INNOCENT** of all

20  charges for which they were arrested by the Oakland Police on October 25, 2011: **MAX**

21  **BELL ALPER, BROOKE ANDERSON, KEVIN CHRISTENSEN, MARA**

22  **RANDLE, and MATHIAS BERNARDING.**

23

24  6. This Court, having found MAX BELL ALPER, BROOKE ANDERSON, KEVIN

25  CHRISTENSEN, MARA RANDLE, and MATHIAS BERNARDING to be factually

26

27  *FINAL ORDER OF DISMISSAL, & FOR SEALING & DESTRUC. OF ARREST RECORDS*
   *Campbell, et al. v.. City of Oakland, Case No. CV11-05498 JST (LB)*

28  2

1   innocent of the charges for which the arrests were made, orders Defendants, the

2   Department of Justice, and any other law enforcement agency which participated in the

3
4   arrest of the above named individuals on October 25, 2011, to seal all records of their

5   arrest on October 25, 2011, and to destroy said records. (Cal. Penal Code, § 858.1, subd.

6   (b).)

7
8   7. The destruction of arrest records pursuant to this Court's order shall be accomplished

9   by permanent obliteration of all entries or notations upon the records pertaining to the

10   arrest, and the record shall be prepared again so that it appears that the arrest never

11   occurred. However, where the only entries on the record pertain to the arrest and the

12
13   record can be destroyed without necessarily affecting the destruction of other records, the

14   document constituting the record shall be physically destroyed. (See, Cal. Penal Code, §

15   851.8, subd. (j).)

16   8. The arrests of MAX BELL ALPER, BROOKE ANDERSON, KEVIN

17
18   CHRISTENSEN, MARA RANDLE, and MATHIAS BERNARDING are deemed *not to*

19   *have occurred*, and, pursuant to this Court's order, the above named people may answer

20   accordingly any question relating to its occurrence. (See, Cal. Penal Code, § 851.8, subd.

21   (f).)

22
23   9. Defendants are ordered to provide a copy of this Court's order to the California

24   Department of Justice, along with the names of the five individuals specified above, and

25   to advise said agency of the fact that the records of their arrests have been rendered

26
27   *FINAL ORDER OF DISMISSAL, & FOR SEALING & DESTRUC. OF ARREST RECORDS*
     *Campbell, et al. v.. City of Oakland, Case No. CV11-05498 JST (LB)*
28                                       3

1    obsolete on the basis of a finding of factual innocence pursuant to Cal. Penal Code, §

2    851.8.

3
4        **IT IS SO ORDERED**, and pursuant to the Stipulation and the above terms, the

5    action is DISMISSED.

6    Dated:  7/25/13

7

8    _____

9    HONORABLE JON S. TIGAR
     UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   *FINAL ORDER OF DISMISSAL, & FOR SEALING & DESTRUC. OF ARREST RECORDS*
     *Campbell, et al. v.. City of Oakland, Case No. CV11-05498 JST (LB)*

28                              4